# UNITED STATES DISTRICT COURT

District of __Massachusetts__

_worcester_

PETER AND KATHERINE VON BANK

V.

JEFFREY and RENAE SERSLAND, DAVID GILL,
MEDICAL UNIVERSITY OF THE AMERICAS
BELIZE, LLP, MEDQUEST TECHNOLOGIES, LP,
As TRUSTEE, SERSLAND SETTLEMENT TRUST,
MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE
LLC, f/k/a MEDQUEST TECHNOLOGIES, LLC and
NORMAN RECHSTEINER, MD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07-40205 FDS**

TO: (Name and address of Defendant)

David Gill
52 Morgan Road
Hubbardston, Massachusetts

A TRUE COPY ATTEST

_Stephen E. Cormier_

DEPUTY SHERIFF

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth I. Gordon
Gordon Law Office
63 Chatham Street
Boston, MA 02109
(617) 742-4602

an answer to the complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                               8/7/07
CLERK                                           DATE

_Sherry Jones_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

09/06/2007

I hereby certify and return that on 09/05/2007 at 04:10pm I served a true and attested copy of the Summons in a Civil Action, Verified Complaint & Jury Demand, Exhibit in this action in the following manner: To wit, by leaving at the last and usual place of abode of DAVID GILL at 52 MORGAN RD, HUBBARDSTON, MA and by mailing first class mail to the above address on 09/06/2007. Fees: Service 20.00, Travel 7.42, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00 Total Fees: $44.92

Deputy Sheriff Stephen E Cormier

*Stephen E. Cormier*

**Deputy Sheriff**

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.