≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

PETER AND KATHERINE VON BANK

V.

JEFFREY and RENAE SERSLAND, DAVID GILL, MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLP, MEDQUEST TECHNOLOGIES, LLP As TRUSTEE, SERSLAND SETTLEMENT TRUST, MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE LLC, f/k/a MEDQUEST TECHNOLOGIES, LLC and NORMAN RECHSTEINER, MD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-40205 FDS

TO: (Name and address of Defendant)

Medical University of the Americas, LLC
f/k/a Medquest Technologies, LLC
22 Cross Street
Gardner, Massachusetts

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth I. Gordon
Gordon Law Office
63 Chatham Street
Boston, MA 02109
(617) 742-4602

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

_Sherry Jones_ (signature)
(By) DEPUTY CLERK

DATE: 8/7/07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/13/07 |
| NAME OF SERVER (PRINT) Allen Goodrich Jr. | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

N6142 Little Valley Road Spooner Wisc

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 140.69 | 35.00 | $0.00 175.60 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/14/07
Date

Signature of Server

17294 Pokegama Lake Road
Address of Server
Pine City, MN 55063

9-14-07

Linda M. Kranz
Notary Public

Linda M. Kranz
Notary Public - Minnesota
My Commission Expires 01/31/2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# PERSONAL SERVICE

I, Allen Godding, Jr. personally served Dr. Norman Hans Rechsteiner at N6142 Little Valley Road, City of Spooner, State of Wisconsin. I left with him true and correct copy on Thursday, September 13, 2007. I served him with a Federal Summons and Complaint and exhibit A.

Affiant further sayeth naught.

_____
Allen Godding, Jr.

Sworn to and Notarized on this day of Thursday, September 13, 2007.

_____
Notary Public, County of Pine, State of Minnesota



Linda M. Kranz
Notary Public - Minnesota
My Commission Expires 01/31/2010