AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

_worcester_

PETER AND KATHERINE VON BANK

V.

**SUMMONS IN A CIVIL ACTION**

JEFFREY and RENAE SERSLAND, DAVID GILL,
MEDICAL UNIVERSITY OF THE AMERICAS CASE NUMBER:
BELIZE, LLP, MEDQUEST TECHNOLOGIES, LP,
As TRUSTEE, SERSLAND SETTLEMENT TRUST,
MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE
LLC, f/k/a MEDQUEST TECHNOLOGIES, LLC and
NORMAN RECHSTEINER, MD

**07- 40205 FDS**

TO: (Name and address of Defendant)   _Belize_

Medical University of the Americas, LLC
f/k/a Medquest Technologies, LLC
22 Cross Street
Gardner, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth I. Gordon
Gordon Law Office
63 Chatham Street
Boston, MA 02109
(617) 742-4602

an answer to the complaint which is served on you with this summons, within _twenty (20)_ _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_Sherry Jones_

(By) DEPUTY CLERK

DATE   _8/7/07_

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

09/06/2007

I hereby certify and return that on 09/05/2007 at 03:40pm I served a true
and attested copy of the Summons in a Civil Action, Verified Complaint &
Jury Demand, Exhibit in this action in the following manner: To wit, by
delivering in hand to NANCY TURCOTTE, agent, person in charge at the time
of service for MEDICAL UNIVERSITY OF AMERICAS BELIZE LLC FKA MEDQUEST
TECHNOLOGIES LLC at 22 CROSS ST, GARDNER, MA. Fees: Service 30.00, Travel
15.36, Conveyance 0.00, Attest 5.00 & Postage and Handling 1.00, Total
fees: $51.36

Deputy Sheriff Stephen E Cormier

*Deputy Sheriff*

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.