AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Worcester

PETER AND KATHERINE VON BANK

v.

JEFFREY and RENAE SERSLAND, DAVID GILL,
MEDICAL UNIVERSITY OF THE AMERICAS,
BELIZE, LLP, MEDQUEST TECHNOLOGIES, LP,
As TRUSTEE, SERSLAND SETTLEMENT TRUST,
MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE
LLC, f/k/a MEDQUEST TECHNOLOGIES, LLC and
NORMAN RECHSTEINER, MD

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-40205 FDS

TO: (Name and address of Defendant)

Medical University of the Americas, Belize, LP
22 Cross Street,
Gardner, Massachusetts

A TRUE COPY ATTEST

Stephen E. [signature]

DEPUTY SHERIFF

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth I. Gordon
Gordon Law Office
63 Chatham Street
Boston, MA 02109
(617) 742-4602

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON  8/7/07
CLERK                DATE

Sherry Jones
(By) DEPUTY CLERK

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

09/06/2007

I hereby certify and return that on 09/05/2007 at 03:40pm I served a true and attested copy of the Summons in a Civil Action, Verified Complaint & Jury Demand, Exhibit in this action in the following manner: To wit, by delivering in hand to NANCY TURCOTTE, agent, person in charge at the time of service for MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE LP at 22 CROSS ST, GARDNER, MA. Fees: Service 30.00, Travel 15.36, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00. Total fees: $55.86

Deputy Sheriff Stephen E Cormier

*Stephen E. Cormier*

Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.