UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER and KATHERINE VONBANK,<br>    Plaintiffs<br><br>V.<br><br>JEFFREY and RENAE SERSLAND; DAVID GILL; MEDICAL UNIVERSITY OF THE AMERICAS; BELIZE, LP; MED QUEST TECHNOLOGIES, LP, TRUSTEE; SERSLAND SETTLEMENT TRUST; MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC and NORMAN HANS RECHSTEINER, MD,<br>    Defendants | DOCKET NO. 07-40205-FDS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, David Gill, in the above entitled action.

 

/s/ Robert L. Hamer
Robert L. Hamer, Esq.  BBO #218715
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I, Robert L. Hamer, Esq., hereby certify that on October 9, 2007, I served a copy of the foregoing document upon each party noted below by First-Class United States mail, postage pre-paid, or through the Court's electronic noticing system:

**Kenneth I. Gordon**, Esq., 63 Chatham Street, Boston, MA 02109

Dated: October 9, 2007

/s/ Robert L. Hamer
Robert L. Hamer, Esq.

2