⨳AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

PETER AND KATHERINE VON BANK

**SUMMONS IN A CIVIL ACTION**

V.

JEFFREY and RENAE SERSLAND, DAVID GILL,
MEDICAL UNIVERSITY OF THE AMERICAS
BELIZE, LLP, MEDQUEST TECHNOLOGIES, LP,
As TRUSTEE, SERSLAND SETTLEMENT TRUST,
MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE
LLC, f/k/a MEDQUEST TECHNOLOGIES, LLC and
NORMAN RECHSTEINER, MD

CASE NUMBER:

07-40205 FDS

TO: (Name and address of Defendant)

Medical University of the Americas, LLC
f/k/a Medquest Technologies, LLC
22 Cross Street
Gardner, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth I. Gordon
Gordon Law Office
63 Chatham Street
Boston, MA 02109
(617) 742-4602

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON      8/7/07

CLERK      DATE

*Sherry Jones*

(By) DEPUTY CLERK

АО 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 17 SEPT 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHRISTOPHER ALLNATT | MR. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: RESIDENCE, SAN PEDRO TOWN, BELIZE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  17 SEPT 2007    _____
                Date              Signature of Server

SAN PEDRO TOWN, AMBERGRIS CAYE, BELIZE
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.