UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK<br>Plaintiff<br><br>v.<br><br>JEFFREY AND RENAE SERSLAND, DAVID GILL,<br>MEDICAL UNIVERSITY OF THE AMERICAS,<br>BELIZE, LP, MED QUEST TECHNOLOGIES, LP,<br>TRUSTEE, SERSLAND SETTLEMENT TRUST,<br>MEDICAL UNIVERSITY OF THE AMERICAS<br>BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC<br>and NORMAN HANS RECHSTEINER, MD<br>Defendants | Civil Action No.:<br><br>07-40205 FDS |

## ANSWER AND REQUEST FOR ADDITIONAL TIME

COMES NOW, Norman Hans Rechsteiner, M.D., for answer and motion for additional time and says:

1. That he denies paragraphs twenty two and twenty three and affirmatively states that he is in need of additional time to secure representation in this matter as he was relying upon another party to this action to secure him an attorney and learned the evening of October 1, 2007, that might not have been done.

2. That Counts V, VIII and X are denied as to this defendant.

3. That the remaining paragraphs and counts do not call for an answer from this defendant and are otherwise denied.

4. That this defendant reserves the right to file amended pleadings and cross complaints as he has a cause of action against defendants in this matter.

WHEREFORE, IT IS RESPECTFULLY PRAYED that the plaintiffs take nothing from this defendant, that the Court allow this defendant additional time to amend pleadings and to hire an attorney licensed to practice in this Honorable Court, and for all further just and proper relief.

Dated this 2nd day of October, 2007.

_____
Norman Hans Rechsteiner
N6142 Little Valley Road
Spooner WI 54801
Tel: (715) 635-6920