# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER AND KATHERINE VON BANK., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY and RENAE SERSLAND; DAVID GILL; MEDICAL UNIVERSITY OF THE AMERICAS; BELIZE, LP; MED QUEST TECHNOLOGIES, LP, TRUSTEE; SERSLAND SETTLEMENT TRUST; MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC and NORMAN HANS RECHSTEINER, MD, <br><br> Defendants. | Civil Action No. 07-40205-FDS |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), C. Alex Hahn, Esq. hereby enters his appearance as local counsel for Jeffrey Sersland, MD ("Dr. Sersland") in the above matter.

Respectfully submitted,
JEFFREY SERSLAND, MD

By his attorney,

/s/ C. Alex Hahn

C. Alex Hahn, Esq. (BBO# 634133)
The Hahn Law Group
46 Lewis Street, Suite 6
Boston, MA 02113
(857) 753-4182