# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER AND KATERHINE VON BANK., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY and RENAE SERSLAND; DAVID GILL; MEDICAL UNIVERSITY OF THE AMERICAS; BELIZE, LP; MED QUEST TECHNOLOGIES, LP, TRUSTEE; SERSLAND SETTLEMENT TRUST; MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC and NORMAN HANS RECHSTEINER, MD, <br><br> Defendants. | Civil Action No. 07-40205-FDS |

## JOINT STIPULATION CONCERNING RESPONSE TO COMPLAINT

Peter and Katherine Von Bank ("Plaintiffs") and defendant Jeffrey Sersland ("Dr. Sersland") hereby stipulate and agree that the Dr. Sersland shall have until the close of business on October 31, 2007, to answer or otherwise respond to the Complaint filed by Plaintiffs. This

stipulation is without waiver of any of Dr. Sersland's defenses in this matter.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PETER AND KATHERINE VON BANK, | JEFFREY SERSLAND, MD |
| By their attorneys, | By his attorney, |
| s/s Keith I. Gordon<br>(by CAH with permission) | s/s C. Alex Hahn |
| Keith I. Gordon<br>Gordon Law Office<br>63 Chatham Street<br>Boston, MA 02109<br>(617) 742-4602 | C. Alex Hahn (BBO # 634133)<br>The Hahn Law Group<br>45 Lewis Street, Suite 6<br>Boston, MA 02113<br>(857) 753-4182 |