# AFFIDAVIT OF CHRISTOPHER ALLNATT

I, Christopher Allnatt, affirm, depose and state:

1. I am a person of the age of majority and I provide this affidavit on first hand knowledge.

2. On September 17, 2007, I served a Summons and Complaint in a lawsuit captioned Peter and Kathy Von Bank v. Sersland, et al., U.S. District Court, District of Massachusetts, C.A. No. 07-40205, upon Renae Sersland personally, at her residence, San Pedro Town, Belize.

3. The Return of Service, attached hereto, is a Summons that I served, and I also served a Summons directed upon Renae.

Signed under the pains and penalties of perjury this 10th day of October, 2007.

_____
Christopher Allnatt