UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER AND KATHERINE VONBANK         )
            Plaintiff         )
v.         )
                     )  Civil Action No.:
JEFFREY AND RENAE SERSLAND, et al.         )  07-40205-FDS
            Defendants         )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs in this matter, Peter and Katherine Von Bank, respectfully stipulate to the dismissal of Norman Hans Rechsteiner, MD, from this lawsuit as he is named in his individual capacity, and Count V of the Complaint, with prejudice and without costs, pursuant to the provisions of Fed.R.Civ.P. 41.

Respectfully submitted,
Peter and Katherine Von Bank,
By their Attorney,

Norman Hans Rechsteiner, MD
*Pro Se*

_____
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA 02109
(617) 742-4602

/s/ Norman Hans Rechsteiner, MD_
N6142 Little Valley Road
Spooner, WI 54801-8101
(715) 635-6920

Jeffrey Sersland,
By his Attorney,

David Gill, MD
By His Attorney

/s/ C, Alex Hahn_____
C. Alex Hahn, BBO# 634133
THE HAHN LAW GROUP
46 Lewis Street, Suite 6

Boston, MA 02113
(617) 753-4182

_/s/ Michael P. Murphy_____
Robert L. Hamer, BBO# 218715
Michael P. Murphy, BBO# 654053
Mirick, O'Connell, DeMallie &
Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
(508) 791-8500