UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>             Plaintiff             )<br>v.                                              )<br>                                                )   Civil Action No.:<br>JEFFREY AND RENAE SERSLAND, et al.   )   07-40205-FDS<br>             Defendants          ) | |

**JOINT STATEMENT OF THE PARTIES**
**PURSUANT TO LOCAL RULE 16.1 (D)(1) AND (D)(2)**

The Parties, Peter and Katherine Von Bank ("the Von Banks", "Plaintiffs"), together with Defendants Jeffrey Sersland ("Sersland") and David Gill, MD("Gill")*,* hereby submit the following joint statement containing a proposed pretrial schedule. Defendant Norman Hans Rechsteiner was or is expected to be dismissed from this suit. Defendants Renae Sersland and the corporate defendants do not participate in this Statement because they have not responded to the Complaint:

**1.   Automatic Disclosures**

Pursuant to the Court's Notice of Scheduling Conference, the Parties will comply with Local Rule 26.2(A) with respect to automatic disclosure on or before February 28, 2008.

**2.   Joint Discovery Plan (Agreed Upon) Pursuant to Local Rule 16.1(D)**

October 1, 2008 - All written discovery/fact depositions completed.

November 3, 2008 – Plaintiffs' expert disclosure.

December 1, 2008 – Defendants' expert disclosure.

February 16, 2009 - All expert discovery and depositions completed.

March 1, 2009 - All dispositive motions filed.

April 1, 2009 - All oppositions to dispositive motions filed.

May 1, 2009 - Final pretrial conference.

June 1, 2009 - Trial.

**3.      Certifications of Counsel and Client**

Both plaintiffs and defendants have conferred with their clients and have executed certifications consistent with the requirements of Local Rule 16.1(D)(3), which will be filed separately with the Court.

**4.      Agenda of Matters to be Discussed at Pretrial Conference - Rule 16.1(B)**

(a) The scheduling of discovery and trial.

(b) Default of defendants Renae Sersland, Medical University of the Americas-Belize, LP, ("MUA-Belize");  Medical University of the Americas Belize, LLC f/k/a Medquest Technologies, LLC ("MUAB") and Med Quest Technologies, LP ("MQT") is a corporation organized under the laws of Belize, but doing business in Gardner, Worcester County, Massachusetts.

**5.      Trial by Magistrate**

The Parties do not consent to trial by magistrate judge.

**6.** **Written Offer of Settlement**

Consistent with Local Rule 16.1(C), the Plaintiff has presented a Settlement Demand. The Defendants will respond by the conference date.

Respectfully submitted,

| | |
|---|---|
| Peter and Katherine Von Bank,<br>By their attorneys, | Jeffrey Sersland<br>By his attorneys |
| /s/ Kenneth Gordon<br>Kenneth I. Gordon, BBO# 556762<br>63 Chatham Street<br>Boston, MA  02109<br>(617) 742-4602<br>kgordon@gordonlawoffice.com | /s/ C. Alex Hahn<br>C. Alex Hahn, BBO# BBO 634133<br>The Hahn Law Group<br>46 Lewis Street, Suite 6<br>Boston, MA 02113 |

David Gill, MD
By his attorneys,

/s/ Michael P. Murphy
Robert L. Hamer, BBO# 218715
Michael P. Murphy, Esq., BBO# 654053
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1477