UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| PETER AND KATHERINE VONBANK | ) |
| Plaintiff | ) |
| v. | ) |
| | ) Civil Action No.: |
| JEFFREY AND RENAE SERSLAND, et al. | ) 07-40205-FDS |
| Defendants | ) |

_____

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The attorney Kenneth I. Gordon and Peter and Katherine Von Bank, hereby certify that they have conferred

    (a)  with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and

    (b)  to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

Dated: <u>January 24, 2008</u>

<u>/s/ Peter Von Bank___</u>                          <u>__/s/ Kenneth I. Gordon___</u>
Peter Von Bank                                   Kenneth I. Gordon, BBO# 556762
                                             Attorney at Law
<u>/s/ Katherine Von Bank_</u>                       63 Chatham Street
Katherine Von Bank                       Boston, MA 02109