UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER AND KATHERINE VONBANK     )
        Plaintiff     )
v.     )
     )   Civil Action No.:
JEFFREY AND RENAE SERSLAND, et al.     )   07-40205-FDS
        Defendants     )

## ASSENT TO MOTION TO WITHDRAW

The Plaintiffs in this matter assent to the Motion to Withdraw of plaintiff's counsel, C. Alex Hahn, Esq.

Respectfully submitted,
Peter and Katherine Von Bank,
By their Attorney,

_____
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA 02109
(617) 742-4602