UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK    ) | |
|         Plaintiff    ) | |
| v.    ) | |
|     )    | Civil Action No.: |
| JEFFREY AND RENAE SERSLAND, et al.    ) | 07-40205-FDS |
|         Defendants    ) | |

## MOTION FOR ENTRY OF DEFAULT

The Plaintiffs in this matter respectfully request default upon the Defendants Renee Sersland ("R. Sersland"), Medical University of the Americas, Belize, LP ("MUAB-LP") and Medical University of the Americas, Belize, LLC ("MUAB-LLC"), pursuant to the provisions of Federal Rules of Civil Procedure, 55(a).  As reasons therefore, the Plaintiffs state that they served MUAB-LP and MUAB-LLC on September 5, 2007, as is evidence on the officer's Return of Service. They served R. Sersland on September 17, 2007, as if evidenced on the officer's Return of Service. They have received no Answer or response from MUAB-LP, MUAB-LLC or R. Sersland. The time for responding to the Complaint, and any extensions, has long since expired.  Therefore, the Plaintiffs request a Notice of Default issue upon the above-named defendants.

                                  Respectfully submitted,
                                  Peter and Katherine Von Bank,
                                  By their Attorney,

                                  Kenneth I. Gordon, BBO# 556762
                                  63 Chatham Street
                                   Boston, MA 02109
                                  (617) 742-4602