UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER and KATHERINE VONBANK,<br>  Plaintiffs<br><br>V.<br><br>JEFFREY and RENAE SERSLAND; DAVID GILL; MEDICAL UNIVERSITY OF THE AMERICAS; BELIZE, LP; MED QUEST TECHNOLOGIES, LP, TRUSTEE; SERSLAND SETTLEMENT TRUST; MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC and NORMAN HANS RECHSTEINER, MD,<br>  Defendants | **DOCKET NO. 07-40205-FDS** |

## **CERTIFICATION**

The undersigned hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.1.

DAVID GILL

By his attorneys,

_____
David Gill

_____
Robert L. Hamer, Esq. BBO #218715
Michael P. Murphy, Esq. BBO #654053
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: January 31, 2008

## Certificate of Service

I Michael P. Murphy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this ___ day of January, 2008.

_____
Michael P. Murphy

{Practice Areas\LIT\103127\37005\A1176566.DOC}

|  |  |
|---|---|
|  | DAVID GILL |
|  | By his attorneys, |
| _____ | /s/ Michael P. Murphy |
| David Gill | Robert L. Hamer, Esq. BBO #218715 |
|  | Michael P. Murphy, Esq. BBO #654053 |
|  | Mirick, O'Connell, DeMallie & Lougee, LLP |
|  | 100 Front Street |
|  | Worcester, MA 01608-1477 |
|  | Phone: (508) 791-8500 |
|  | Fax:    (508) 791-8502 |
| Dated: January 31, 2008 |  |

## Certificate of Service

I Michael P. Murphy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 31st day of January, 2008.

/s/ Michael P. Murphy
Michael P. Murphy

{Practice Areas\Lit\03127\37005\A1176566.DOC}