UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER and KATHERINE VONBANK,<br>    Plaintiffs<br><br>V.<br><br>JEFFREY and RENAE SERSLAND; DAVID GILL; MEDICAL UNIVERSITY OF THE AMERICAS; BELIZE, LP; MED QUEST TECHNOLOGIES, LP, TRUSTEE; SERSLAND SETTLEMENT TRUST; MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC and NORMAN HANS RECHSTEINER, MD,<br>    Defendants | DOCKET NO. 07-40205-FDS |

## ASSENT TO MOTION TO WITHDRAW

The defendant, David Gill, in this matter assents to the Motion to Withdraw of plaintiff's counsel, C. Alex Hahn, Esq.

DAVID GILL

By his attorneys,

/s/ Michael P. Murphy
Robert L. Hamer, Esq. BBO #218715
Michael P. Murphy, Esq. BBO #654053
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: February 1, 2008

## Certificate of Service

  I Michael P. Murphy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 1st day of February, 2008.

                   /s/ Michael P. Murphy
                   Michael P. Murphy