UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Vonbank,**

      **Plaintiff(s),**

  **v.**                                                             **CIVIL ACTION**
                                                                                        **NO. 07-40205-FDS**

**Sersland, et al.,**

      **Defendant(s).**

## SCHEDULING ORDER

**SAYLOR, J.**

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by __2/28/08__.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after __9/30/08__.

3. **Fact Discovery - Interim Deadlines.**

    a. All requests for production of documents and interrogatories must be served by __6/30/08__.

    b. All requests for admission must be served by __6/30/08__.

    c. All depositions, other than expert depositions, must be completed by __9/30/08__.

4.  **Fact Discovery - Final Deadline.**  All discovery, other than expert discovery, must be completed by    9/30/08    .

5.  **Status Conference.**  A status conference will be held on   6/8/08 at 2:00PM  .
    A status conference will be held on  10/6/08 at 2:00PM.

6.  **Expert Discovery.**

    a.  Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by     11/3/08    .

    b.  Plaintiff(s)' trial experts must be deposed by    1/15/09    .

    c.  Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by     12/1/08    .

    d.  Defendant(s)' trial experts must be deposed by   1/15/09   .

7.  **Dispositive Motions.**

    a.  Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by     2/16/09                    .

    b.  Oppositions to dispositive motions must be filed within  30  days after service of the motion.

8.  **Initial Pretrial Conference.**  An initial pretrial conference will be held on _____       at _____PM.  The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).

## Procedural Provisions

1.  **Extension of Deadlines.**  Motions to extend or modify deadlines will be granted only for good cause shown.  All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2.  **Motions to Compel or Prevent Discovery.**  Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant.  If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3.  **Reply Memoranda.**  Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum.  Parties may otherwise file reply or sur-reply memoranda only with leave of court.  When such leave is sought, the moving party shall file a proposed reply or surreply memorandum with the motion for leave.

4.  **Status Conferences.**  The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes.  Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

5.  **Additional Conferences.**  Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.  Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

6.  **Early Resolution of Issues.**  The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case.  Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

7.  **Pretrial Conference.**  Lead trial counsel are required to attend any pretrial conference.

By the Court,

| 2/6/08 | /s/ Martin Castles |
|---|---|
| Date | Deputy Clerk |