UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 07-40205

PETER and KATHERINE VONBANK,
    Plaintiffs

V.

JEFFREY and RENAE SERSLAND;
DAVID GILL; MEDICAL UNIVERSITY
OF THE AMERICAS; BELIZE, LP, TRUSTEE;
SERSLAND SETTLEMENT TRUST; MEDICAL
UNIVERSITY OF THE AMERICAS BELIZE, LLC
f/k/a MEDQUEST TECHNOLOGIES, LLC and
NORMAN HANS RECHSTEINER, M.D.
    Defendants

## NOTICE OF CHANGE OF ADDRESS

Please enter my appearance in the above-entitled action reflecting my change of firm affiliation and address as reflected below.

Respectfully submitted,

DAVID GILL

By his counsel,

/s/ Robert L. Hamer
Robert L. Hamer (BBO# 545959)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
T. (617) 310-6000
F. (617) 897-0969

Dated: March 3, 2008

## CERTIFICATE OF SERVICE

    I certify that on the 3rd day of March 2008, I caused to be served a copy of the foregoing document, via first class mail, postage prepaid to: Kenneth I. Gordon, Esq., 63 Chatham Street, Boston, MA 02109.

                                                /s/ Robert L. Hamer
                                                Robert L. Hamer