UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER and KATHERINE VONBANK,<br>Plaintiffs<br><br>V.<br><br>JEFFREY and RENAE SERSLAND; DAVID GILL; MEDICAL UNIVERSITY OF THE AMERICAS; BELIZE, LP; MED QUEST TECHNOLOGIES, LP, TRUSTEE; SERSLAND SETTLEMENT TRUST; MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC and NORMAN HANS RECHSTEINER, MD,<br>Defendants | DOCKET NO. 07-40205-FDS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw the appearance of Attorney Michael P. Murphy and the law firm of Mirick O'Connell LLP for the plaintiff in the above-captioned action. Attorney Robert L. Hamer and the law firm of Greenberg Traurig LLP will continue to represent the plaintiff.

Respectfully submitted,

/s/ Michael P. Murphy
Michael P. Murphy, Esquire (BBO #654053)
Mirick, O'Connell, DeMallie & Lougee LLP
100 Front Street
Worcester, MA 01608-1477
Ph: 508-791-8500
Fax: 508-791-8502

Dated: March 7, 2008

## CERTIFICATE OF SERVICE

    I, Michael P. Murphy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 7th day of March, 2008.

                                      /s/ Michael P. Murphy
                                      Michael P. Murphy