7008 0150 0002 9338 4974

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey Sersland
   47 Partridge St
   Gardner MA 01440

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 0150 0002 9338 4974

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☒ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

Kenneth I. Gordon, Esq.
Gordon Law Office
63 Chatham Street
Boston, MA 02109

Jeffrey Sersland
47 Partridge Street
Gardner, MA 01440




0000        01440

U.S. POSTA(
PAID
BEDFORD, MA
01730
APR 28, '08
AMOUNT

$6.62
00031997-