UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

C.A. NO. 07-40205FDS

| | |
|---|---|
| PETER AND KATHERINE VON BANK, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JEFFREY AND RENAE SERSLAND, DAVID, GILL MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE, LP, MEDQUEST TECHNOLOGIES, LP, TRUSTEE, SERSLAND SETTLEMENT TRUST, MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC, AND NORMAN HANS REICHSTEINER, M.D. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Please take notice that Timothy J. Perry and Perry, Krumsiek & Jack, LLP hereby enter their appearance in this matter on behalf of Defendant Jeffrey Sersland. Attorney Perry can be contacted at the following address:

Timothy J. Perry
**PERRY, KRUMSIEK & JACK, LLP**
One McKinley Square
Boston, MA  02109
(617) 720-4300
facsimile (617) 720-4310

        Respectfully submitted,

        **DEFENDANT JEFFREY SERSLAND,**

        By his attorney,

        /s/ Timothy J. Perry
        Timothy J. Perry (BBO #631397)
        PERRY, KRUMSIEK & JACK, LLP
        One McKinley Square
        Boston, MA 02109
        (617) 720-4300
        facsimile (617) 720-4310

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon counsel of record, listed below, via the United States District Court's ECF system.

Dated: June 18, 2008        /s/ Timothy J. Perry
                                                          Timothy J. Perry