UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>          Plaintiff             )<br>v.                                  )<br>                                          )<br>JEFFREY AND RENAE SERSLAND, et al.    )<br>          Defendants             ) | Civil Action No.:<br>07-40205-FDS |

**(PARTIALLY) ASSENTED MOTION TO CONTINUE STATUS CONFERENCE**

The Plaintiffs in this matter respectfully request a brief continuance of the Status Conference scheduled by this Court for July 31, 2008 at 2 p.m. As reasons therefore, the Plaintiffs point out that the Status Conference was put on the calendar the day before the drafting of this motion. Upon his return from work the night of the last hearing, counsel for the Plaintiffs confirmed that his business calendar was otherwise free for the day of the Status Conference, but he was reminded not only by his wife but by his sister that he had promised to pick up his 16-year-old nephew at Logan Airport at 2:45 p.m. on the that day. In fact, they were right. Counsel's nephew lives in Sarasota, Fla., and is flying to Boston alone. The undersigned's wife is unavailable to pick up his nephew, and the undersigned's sister has threatened to cause great "prejudice" to the undersigned if her son is not met at their airport by the undersigned. If the Court is willing to reschedule the Status Conference, the undersigned is available to appear anytime August 4, the afternoon of August 5, or anytime August 6-8.

                                                Respectfully submitted,
                                                Peter and Katherine Von Bank,
                                                By their Attorney,

                                                Kenneth I. Gordon, BBO# 556762
                                                63 Chatham Street
                                                Boston, MA 02109
                                                (617) 742-4602

CERTIFICATE OF SERVICE

I, Kenneth I. Gordon, certify that I have served counsel for David Gill and Jeffrey Sersland by email June 19, 2008 and by the Court's electronic filing system this 19th day of June, 2008.

_____
Kenneth I. Gordon

ASSENT:

Counsel for the Defendant, Robert Hamer, Esq., has assented to this motion. Counsel for Defendant Jeffrey Sersland did not respond to plaintiff's counsel's request for him to assent, and a member of his office indicates he is not presently available.