UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>　　　　　　Plaintiff　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>JEFFREY AND RENAE SERSLAND, et al.　)<br>　　　　　　Defendants　　　　　　　　)| Civil Action No.:<br>07-40205-FDS |

## **MOTION TO EXTEND CASE DEADLINES**

The Parties, Peter and Katherine Von Bank ("the Von Banks", "Plaintiffs"), together with Defendant Jeffrey Sersland ("Sersland")*,* hereby moves for an extension of the discovery deadline, and as a result all deadlines, by thirty (30) days. As reasons therefore, the parties submit that travel plans will be required for depositions to be conducted, and therefore additional time is needed to complete discovery. Moreover, the parties have been engaged in settlement discussions and are still hopeful a resolution may be reached in the next few weeks. Counsel for the defendant David Gill, MD("Gill") has received a copy of this motion and has not responded.

Respectfully submitted,

| | |
|---|---|
| Peter and Katherine Von Bank,<br>By their attorneys, | Jeffrey Sersland<br>By his attorneys |
| /s/ Kenneth Gordon<br>Kenneth I. Gordon, BBO# 556762<br>63 Chatham Street<br>Boston, MA  02109<br>(617) 742-4602<br>kgordon@gordonlawoffice.com | /s/ Timothy J. Perry<br>Timothy J. Perry BBO# 631397<br>Perry Krumsiek & Jack, LLP<br>One McKinley Square<br>Boston, MA 02109<br>(617) 720-4300<br>tperry@perrylegal.com |

David Gill, MD
By his attorneys,

_____
Robert L. Hamer, BBO# 218715
Greenberg, Traurig, LLP
One International Place
Boston, MA 02110
(617) 310-6000
hamerr@gtlaw.com