

**KENNETH I. GORDON**
*Attorney At Law*

63 Chatham Street
Boston, MA 02109
Phone: (617) 742-4602
Fax: (781) 280-0298
kgordon@gordonlawoffice.com

Also admitted in Maine

September 10, 2008

VIA EMAIL AND FIRST CLASS MAIL

Timothy J. Perry, Esq.
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA 02109

Robert L Hamer, Esq.
Greenberg Traurig
One International Place
Boston, MA 02110

      RE: *Von Bank v. Sersland, et al.*, U.S. District Court, C.A. No. 07-40206

Dear Mr. Perry and Hamer,

      I serve this letter as a Request for a Discovery Conference pursuant to the requirements of Local Rule 37.1, prior to the filing of a Motion to Compel. I request that this conference be conducted over the telephone. Pursuant to the terms of subsection (a) of the rule, I request a response to this letter within seven days, and pursuant to subsection (b) of the rule, I request that the conference be conducted within two weeks of this request.

      The substance of the discussion is to address my concern that the Plaintiff's First Set of Interrogatories and First Requests For Production of Documents to the Defendant Jeffrey Sersland has been ignored. While you do not represent the interest of Darlene Button, who I believe is a former employee of the corporate defendant, I also wish to discuss her failure to appear at a deposition conducted by the Plaintiff, and my desire to reschedule.

      Thank you.

                                        Very truly yours,

                                        Kenneth I. Gordon