## Kenneth I. Gordon

**From:**     "Kenneth I. Gordon" <kgordon@gordonlawoffice.com>
**To:**       "Tomothy Perry" <tperry@perrylegal.com>
**Sent:**     Friday, October 03, 2008 4:22 PM
**Subject:**  Conference

Tim,
    Just to be clear, we agreed that in the absence of a settlement, and in satisfaction of any and all pre-motion conferences, you will get me discovery responses from Jeffrey Sersland by the end of next week (Oct. 10).
Thanks
Ken

Kenneth I. Gordon
Gordon Law Office
63 Chatham Street
Boston, MA 02109
tel: 617-742-4602
fax: 781-280-0298

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 617-742-2402, or e-mail at kgordon@gordonlawoffice.com and immediately delete this message and all its attachments.
_____