UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER AND KATHERINE VONBANK
        Plaintiff

v.

JEFFREY AND RENAE SERSLAND, et al.
        Defendants

Civil Action No.:
07-40205-FDS

TO: Robert L Hamer
    Greenberg Traurig
    One International Place
    Boston, MA 02110

    Jeffrey Sersland, *pro se*
    47 Partridge Street
    Gardner, MA 01440

## RE-NOTICE OF DEPOSITION

Please take notice that at 10:00 A.M. on June 12, 2008, at the offices of Kenneth I. Gordon, 63 Chatham Street, Boston, MA 02109, the Plaintiffs in this action, Peter and Katherine Von Bank, by his attorney(s) will take the deposition of Darlene Button, 26 Forest St., Baldwinville, MA, 01436, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before J&R Court Reporting, Notary Public, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

        Respectfully,
        Peter and Katherine Von Bank
        By their Attorney,

        Kenneth I. Gordon, BBO# 556762
        63 Chatham Street
        Boston, MA 02109
        (617) 742-4602

CERTIFICATE OF SERVICE

    I, Kenneth I. Gordon, hereby certify that I have served a copy of this Re-Notice of Deposition upon Robert Hammer, Esq., by the Court's electronic filing system, and upon Jeffrey Sersland, *pro se,* by first class mail, postage prepaid this 8th day of May, 2008.

_____
Kenneth I. Gordon