```
                                                              1

 1                                          No. of Pages: 5

 2                    UNITED STATES DISTRICT COURT

 3                                    CASE NUMBER 07-40205

 4

 5        PETER and KATHERINE VON BANK

 6                       VS.

 7        JEFFREY SERSLAND, ET ALS

 8

 9

10           PROPOSED DEPOSITION OF DARLENE BUTTON, a

11     witness called on behalf of the Plaintiff, taken

12     pursuant to Notice under the applicable provisions

13     under the Untied States District Court Rules of Civil

14     Procedure, before Karen Cassola Norman, a Court

15     Reporter and Notary Public in and for the

16     Commonwealth of Massachusetts, at the Law Offices of

17     Kenneth I. Gordon, 63 Chatham Street, Boston,

18     Massachusetts, on Thursday, June 12, 2008, commencing

19     at 10:30 a.m.

20

21

22     J&K COURT REPORTING, 12 BUENA VISTA AVE, SALEM, MA 01970

23     KC    (978) 825-9171           FAX (978) 744-6476    KC

24     ****************COMPUTER AIDED TRANSCRIPTION**************
```

2

1   APPEARANCES:
2
3       KENNETH I. GORDON, ESQ.
4       63 Chatham Street
5       Boston, Massachusetts 02109
6           Counsel on behalf of the Plaintiffs.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

3

## EXHIBITS

| NUMBER | | PAGE |
|---|---|---|
| 1 | Subpoena issued to Darlene Button, together with the Return of Services, two pages | 4 |

4

1   (Exhibit Number 1 marked:  Subpoena issued
2   to Darlene Button, together with the Return of
3   Services, two pages)
4
5   MR. GORDON: A deposition subpoena was
6   served by the Worcester County Sheriffs' office upon
7   Darlene Button, and according to Exhibit 1 that we
8   have entered at the deposition of Ms. Button it was
9   served on May 12, 2008 at 1:56 p.m., last and unusual
10  calling for her to appear at her deposition today at
11  10:00 a.m.  It is now 10:35 a.m.  We have been
12  present since prior to 10:00 a.m. and Ms. Button as
13  not appeared.  The deposition subpoena was properly
14  completed on the form provided by the United States
15  District Court, and according to the Return of
16  Service, was properly served upon her.  She did not
17  show.  So, we are suspending the deposition at this
18  time and will be seeking assistance from the United
19  States District Court on this matter.
20  Thank you.
21
22
23
24

C E R T I F I C A T E

   I, KAREN CASSOLA NORMAN, a Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing Record, Pages 1 to 4, inclusive, is a true and accurate transcription of my voice recording to the best of my knowledge, skill and ability.

   IN WITNESS WHEREOF, I have hereunto set my hand and Notarial Seal this 1st day of July, 2008.

*Karen Cassola Norman*

   KAREN CASSOLA NORMAN,
           Notary Public

My Commission expires May 2, 2014.

The foregoing certification does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying Reporter.