UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK ) | |
| Plaintiff ) | |
| v. ) | |
| ) | Civil Action No.: |
| JEFFREY AND RENAE SERSLAND, et al. ) | 07-40205-FDS |
| Defendants ) | |

**[Proposed] Order**

After considering the submission and defenses, if any, in this matter, this Court

Orders the following:

A.  That the Defendant J. Sersland be Ordered to provide Answers to

Interrogatories, Responses to Production of Documents and the documents

themselves, within fourteen (14) days of the date of an Order, without

Objection;

B.  That the Plaintiffs be entitled to depose J. Sersland, and any witness J.

Sersland may identify, within 30 (30) days after discovery is provided by J.

Sersland, without prejudice to the Plaintiffs' right to seek addition time to take

additional depositions if the need should so arise;

C.  That J. Sersland may not initiate discovery requests until Automatic

Disclosures are provided pursuant to the provisions of Local Rule 26.2(a).

D.  That the witness Darlene Button be Ordered to appear for her deposition at a

mutually agreeable date and time within thirty (30) days of the date of an

Order; and

E.  That discovery otherwise close on October 30, 2008, pursuant to this Court's

Order of October 2, 2008.

_____

_____
Judge or Magistrate Judge