UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER AND KATHERINE VONBANK, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> JEFFREY SERSLAND, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: <br> 07-40205-FDS |

### **DEFDENDANT JEFFREY SERSLAND'S RULE 26 AUTOMATIC DISCLOSURE**

The Defendant Jeffrey Sersland ("Mr. Sersland"), through undersigned counsel, submits this Automatic Disclosure pursuant to Fed. R. Civ. P. 26.

**I.      Rule 26(a)(1)(A) Disclosure**

The following individuals are likely to have discoverable information concerning the claims, counterclaims and defenses in this matter:

(1)     All individuals on Plaintiffs' and Defendant David Gill's Automatic Disclosure Lists. These individuals appear to have information regarding the affirmative claims made by Plaintiffs, the affirmative defenses raised by Defendants, and the counterclaims raised by Mr. Sersland.

**II.     Rule 26(a)(1)(B) Disclosure**

(1)     All documents listed on Plaintiffs' and Defendant David Gill's Automatic Disclosure

(2)     Written communications between and among the parties and all witnesses listed on Plaintiffs' Automatic Disclosure

    (3)    Written Communications, including Charters, with the Government of Belize

    (4)    Written documentation of Defendants' performance of work and payment of costs at MUA Belize

    (5)    Invoices relating to costs of MUA Belize

    (6)    Corporate documents and bank records of MUA Belize

## III.    Rule 26(a)(1)(C)

The calculation of Dr. Sersland's claim for damages on his counterclaim is expected to be determined from the documents produced by Plaintiffs and through information gathered in discovery.

## IV.    Rule 26(a)(1)(D)

Not applicable.

    Respectfully submitted,

    JEFFREY SERSLAND,

    By his Attorney,

    /s/ Timothy J. Perry
    Timothy J. Perry (BBO#631397)
    Perry, Krumsiek & Jack, LLP
    One McKinley Square
    Boston, MA 02109
    (617) 720-4300
    fax (617) 720-4310

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by filing it electronically via the Electronic Court Filing System of the United States District Court for the District of Massachusetts.

Dated: October 14, 2008          /s/ *Timothy J. Perry*
                                                      Timothy J. Perry