UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | Civil Action No.: |
| JEFFREY SERSLAND, et al., ) | 07-40205-FDS |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE OF LAUREN BURKE
### ON BEHALF OF JEFFREY SERSLAND

Please take notice that Lauren Burke is entering her appearance on behalf of Defendant Jeffrey Sersland in this matter. Attorney Burke's contact information is as follows:

Lauren M. Burke
Perry, Krumsiek & Jack, LLP
One McKinley Square
Boston, MA 02109
(617) 720-4300

Respectfully submitted,
JEFFREY SERSLAND,
By his Attorneys,

_/s/ Lauren M. Burke_
Lauren M. Burke (BBO #670840)
Perry, Krumsiek & Jack, LLP
One McKinley Square
Boston, MA 02109
(617) 720-4300
fax (617) 720-4310

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by filing it electronically via the Electronic Court Filing System of the United States District Court for the District of Massachusetts.

Dated: October 15, 2008                    /s/ *Lauren M. Burke*
                                           Lauren M. Burke