UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

C.A. NO. 07-40205FDS

| | |
|---|---|
| PETER AND KATHERINE VON BANK, | ) |
| Plaintiffs, | ) |
| v. | ) |
| JEFFREY AND RENAE SERSLAND, DAVID, GILL MEDICAL UNIVERSITY OF THE AMERICAS, BELIZE, LP, MEDQUEST TECHNOLOGIES, LP, TRUSTEE, SERSLAND SETTLEMENT TRUST, MEDICAL UNIVERSITY OF THE AMERICAS BELIZE, LLC f/k/a MEDQUEST TECHNOLOGIES, LLC, AND NORMAN HANS REICHSTEINER, M.D. | ) |
| Defendants. | ) |

**PARTIAL OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT JEFFREY SERSLAND'S AUTOMATIC DISCLOSURES, ANSWERS TO INTERROGATORIES, AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND DEPOSITION OF DARLENE BUTTON**

Defendant Jeffrey Sersland ("Sersland") submits this partial opposition to Plaintiffs' Motion to Compel Defendant Jeffrey Sersland's Automatic Disclosures, Answers to Interrogatories, and Responses to Requests for Production of Documents. Sersland does not assent to or oppose the request for an Order compelling the deposition of non-party Darlene Button. As reasons for this partial opposition, Sersland states as follows:

(1) Defendant has now filed his Automatic Disclosures and served upon all parties his answers to interrogatories and responses to requests for production of documents. Those portions of the Plaintiffs' motion are now moot.

(2)  Sersland does not support or oppose the requested order for a deposition of non-party Darlene Button.

**WHEREFORE**, Sersland requests that this Honorable Court DENY, as moot, the motion for an Order requiring Sersland to file his automatic disclosures, his interrogatory answers, and his responses to requests for production of documents.

Respectfully submitted,

**DEFENDANT JEFFREY SERSLAND,**

By his attorney,

/s/ Timothy J. Perry
Timothy J. Perry (BBO #631397)
PERRY, KRUMSIEK & JACK, LLP
One McKinley Square
Boston, MA  02109
(617) 720-4300
facsimile (617) 720-4310

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record, listed below, via the United States District Court's ECF system.

Dated: October 17, 2008

/s/ Timothy J. Perry
Timothy J. Perry