UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER AND KATHERINE VONBANK        )
        Plaintiff                                )
v.                                                       )
                                                 )  Civil Action No.:
JEFFREY AND RENAE SERSLAND, et al.  )  07-40205-FDS
        Defendants                          )

**[Proposed] Order**

After considering the submission and defenses, if any, in this matter, this Court Orders the following:

A. That the Defendant J. Sersland be Ordered to provide documents responsive to Responses to Requests for Production of Documents and the documents by 5 p.m. on October 27, 2008; and

B. That the witness Darlene Button be Ordered to appear for her deposition at a mutually agreeable date and time within thirty (30) days of the date of an Order.

_____

_____
Judge or Magistrate Judge