UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK ) | |
| Plaintiff ) | |
| v. ) | |
| ) | Civil Action No.: |
| JEFFREY AND RENAE SERSLAND, et al. ) | 07-40205-FDS |
| Defendants ) | |

**NOTICE OF SETTLEMENT**
**AND REQUEST FOR 30-DAY NISI ORDER**

The Plaintiffs in this matter respectfully report that they have reached an agreement, in principle, to settle the above referenced lawsuit and request a 30-day Nisi Order so that they may draft and execute a formal Settlement Agreement and file a Stipulation of Dismissal resolving all claims and counterclaims. The Plaintiffs alert the Court that a Status Conference is scheduled for 2:30 p.m. today and should be removed from the Court calendar.

        Respectfully submitted,
        Peter and Katherine Von Bank,
        By their Attorney,

        /s/ Kenneth I. Gordon

        Kenneth I. Gordon, BBO# 556762
        63 Chatham Street
        Boston, MA 02109
        (617) 742-4602

Dated: November 3, 2008