UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER AND KATHERINE VONBANK )
          Plaintiff )
v. )
   ) Civil Action No.:
JEFFREY AND RENAE SERSLAND, et al. ) 07-40205-FDS
          Defendants )

JOINT MOTION TO EXTEND *NISI* PERIOD

The Parties in this matter respectfully move or an Order extending the nisi period allowed in this matter for 14 days. The parties have been working to complete settlement document but several issues, including the fact that the Parties are not available due to the Thanksgiving holiday and their physical locations, have made logistics difficult. The Parties request a date for completion of settlement arrangements for December 15, 2008 or before.

JEFFREY SERSLAND
By His Attorney,

   /s/ Timothy J. Perry
Timothy J. Perry, BBO #631397
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA 02109

PETER VON BANK
KATHERINE VON BANK
By their Attorney,

/s/ Kenneth I. Gordon
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA 02109

DAVID H. GILL, MD
By His Attorney,
  /s/ Robert L. Hamer
Robert L Hamer, BBO# 218715
Greenberg Traurig
One International Place
Boston, MA 02110