UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK )<br>  Plaintiff )<br>v. )<br> )<br>JEFFREY AND RENAE SERSLAND, et al. )<br>  Defendants ) | Civil Action No.:<br>07-40205-FDS |

## JOINT MOTION TO EXTEND *NISI* PERIOD

The Parties in this matter respectfully move or an Order extending the nisi period allowed in this matter for five days. The parties have been working to complete the settlement in this matter and require time to accomplish transfers of bank funds. The Parties request a date for completion of settlement arrangements for December 19, 2008 or before.

| | |
|---|---|
| JEFFREY SERSLAND<br>By His Attorney,<br><br>    /s/ Timothy J. Perry      <br>Timothy J. Perry, BBO #631397<br>Perry, Krumsiek & Jack LLP<br>One McKinley Square<br>Boston, MA 02109 | PETER VON BANK<br>KATHERINE VON BANK<br>By their Attorney,<br><br>/s/ Kenneth I. Gordon   <br>Kenneth I. Gordon, BBO# 556762<br>63 Chatham Street<br>Boston, MA 02109 |

DAVID H. GILL, MD
By His Attorney,
   /s/ Robert L. Hamer            
Robert L Hamer, BBO# 218715
Greenberg Traurig
One International Place
Boston, MA 02110