UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| PETER AND KATHERINE VONBANK | ) |
| Plaintiff | ) |
| v. | ) |
| | ) Civil Action No.: |
| JEFFREY AND RENAE SERSLAND, et al. | ) 07-40205-FDS |
| Defendants | ) |

_____

## SECOND ASSENTED MOTION TO EXTEND *NISI* PERIOD

The Parties in this matter respectfully move or an Order extending the nisi period allowed in this matter until January 12, 2009. The parties have been working to complete settlement documentation but several issues, including the weather, the holidays and vacation schedules have made logistics difficult. The upcoming vacation schedule of counsel will frustrate immediate progress, and therefore the Parties request a date for completion of settlement arrangements for January 12, 2009 or before.

JEFFREY SERSLAND
By His Attorney,

____/s/ Timothy J. Perry_____
Timothy J. Perry, BBO #631397
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA 02109


PETER VON BANK
KATHERINE VON BANK
By their Attorney,

/s/ Kenneth I. Gordon___
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA 02109


DAVID H. GILL, MD
By His Attorney,
__/s/ Robert L. Hamer_____
Robert L Hamer, BBO# 218715
Greenberg Traurig
One International Place
Boston, MA 02110