UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER AND KATHERINE VONBANK ) | |
| Plaintiff ) | |
| v. ) | |
| ) | Civil Action No.: |
| JEFFREY AND RENAE SERSLAND, et al. ) | 07-40205-FDS |
| Defendants ) | |

THIRD MOTION TO EXTEND *NISI* PERIOD

The Plaintiffs in this matter respectfully move or an Order extending the nisi period allowed in this matter until January 20, 2009.  The parties have been working to complete settlement documentation and some issues have emerged that have required revision to the initial settlement principles. The nisi deadline expires today.  All matters are at this point agreed upon – final revised proposals being agreed today -- and all that is required is for an exchange of settlement documents.  All lawyers have been diligent in documenting various proposals to resolve the case.  The Plaintiffs believed that the documents may have been ready to be signed and the case dismissed today, but that did not occur.  The case may be ready for dismissal any day this week. As of this writing, counsel for one of the parties is not available to receive emails. Therefore while this motion is not sent as assented, it is, obviously, not being met with opposition.

                PETER VON BANK
                KATHERINE VON BANK
                By their Attorney,

                /s/ Kenneth I. Gordon__
                Kenneth I. Gordon, BBO# 556762
                63 Chatham Street
                Boston, MA 02109