UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER AND KATHERINE VONBANK, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>JEFFREY SERSLAND, et al., )<br> )<br>Defendants. )<br> ) | Civil Action No.:<br>07-40205-FDS |

## STIPULATION OF DISMISSAL

The Plaintiffs in this matter, Peter and Katherine Von Bank, together with the Defendants Jeffrey Sersland ("Sersland") and David H. Gill, MD ("Gill"), respectfully stipulate to the dismissal of all claims and counterclaims brought in this matter, with prejudice and without costs or rights of appeal, pursuant to the provisions of Fed.R.Civ.P. 41. Notwithstanding the foregoing, Count I against Renae Sersland is hereby dismissed without prejudice.

JEFFREY SERSLAND
By His Attorney,

 /s/ Timothy J. Perry
Timothy J. Perry, BBO #631397
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA 02109

PETER VON BANK
KATHERINE VON BANK
By their Attorney,

_____
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA 02109

DAVID H. GILL, MD
By His Attorney,
/s/ Robert L. Hamer
Robert L Hamer, BBO# 218715
Greenberg Traurig
One International Place
Boston, MA 02110